**10/22/2015**                                                    **COA Case No. 13-13-00307-CR**
**LOPEZ, ROEL ALVAREZ   Tr. Ct. No. CR-981-12-D**              **PD-1376-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Wednesday, November 25, 2015.   NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *